JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE GARRETT,<br><br>           Petitioner,<br>   vs.<br><br>THE CITY AND COUNTY OF<br>THE SANTA BARBARA<br>POLICE DEPARTMENT,<br><br>           Respondents. | Case No. CV 12-03722-RGK (DTB)<br><br>**J U D G M E N T** |

    In accordance with the Order re Summary Dismissal of Action filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:    May 24, 2012

                                             */s/ Gary Klausner*
                                R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE