JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE GARRETT,<br><br>                    Petitioner,<br>         vs.<br><br>THE CITY AND COUNTY OF<br>THE SANTA BARBARA<br>POLICE DEPARTMENT,<br><br>                    Respondents. | Case No. CV 12-03722-RGK (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.


DATED:     May 24, 2012


_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1